**Glen Earl LOSINGER, Appellant, v. Earnest C. BROOKS, Commissioner of Corrections for State of Michigan, Appellee.**

No. 11151.

United States Court of Appeals
Sixth Circuit.

Feb. 22, 1952.

Stephen J. Roth, Perry A. Maynard, and Edmund E. Shepherd, all of Lansing, Mich., for appellee.

Before HICKS, Chief Judge, and ALLEN and MILLER, Circuit Judges.

540

PER CURIAM.

This case was heard upon the record, briefs of counsel for respective parties and oral presentation by counsel for the appellee;

And it appearing to the Court that the appellant has not exhausted his available State remedies;

It is ordered that the judgment of the District Court dismissing his petition for habeas corpus be and is affirmed. Darr v. Burford, 339 U.S. 200, 70 S.Ct. 587, 94 L. Ed. 761.